FILED: December 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-491

(3:11-cv-00624-JAG)

_____

EXPERIAN INFORMATION SOLUTIONS, INC.

        Petitioner

v.

MICHAEL T. DREHER

        Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Date Petition Filed: | 12/15/2014 |
| Petitioner(s) | Experian Information Solutions, Inc. |
| Appellate Case Number | 14-491 |
| Case Manager | RJ Warren<br>804-916-2702 |