# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 31, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.    14-491,        Experian Information Solutions v. Michael Dreher
                      3:11-cv-00624-JAG

        Ian  Samuel
TO:     Joseph William Clark
        Meir  Feder

FILING CORRECTION DUE:  January 6, 2015

Please make the correction identified below and file a corrected document by the
date indicated.

---

[  ] Document was illegible, incomplete, or incorrect. Please correct as described
and refile: [_____].

---

[  ] Incorrect event used. Please refile document using
[_____].

---

[  ] Incorrect filer selected. Please refile document, selecting correct filer.

---

[  ] PDF file is incompatible with CM/ECF. Please correct and refile the
document.

---

[  ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

---

[  ] The court will enter an appearance only for counsel who have registered for
electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

---

[  ] The court will enter an appearance only for counsel who are members in good
standing of the court's bar. To apply for membership, submit an **application for**

**admission** to practice.

[  ] Document requires signature. Please sign and refile the document.

[  ] The entry "administrative record adopted" must be docketed in this case.

[X] Other: Please correct as described and refile: [**Petitioners shall file an amended petition for permission to appeal to correct the inaccuracy at page 12 of the petition, noted in the correspondence filed on 12/30/14**].

Tony Webb, Deputy Clerk
804-916-2702